A.E.Y. Enters., Inc. v LG Evans Constr., Inc. (2023 NY Slip Op 02222)

A.E.Y. Enters., Inc. v LG Evans Constr., Inc.

2023 NY Slip Op 02222

Decided on April 28, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 28, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, BANNISTER, MONTOUR, AND GREENWOOD, JJ.

291 CA 22-01633

[*1]A.E.Y. ENTERPRISES, INC., PLAINTIFF-APPELLANT,
v
LG EVANS CONSTRUCTION, INC., AND MICHAEL HILL, DEFENDANTS-RESPONDENTS. 

BURNS & SCHULTZ LLP, ROCHESTER (ANDREW M. BURNS OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
SESSLER LAW P.C., GENESEO (STEVEN D. SESSLER OF COUNSEL), FOR DEFENDANTS-RESPONDENTS. 

 Appeal from an order of the Supreme Court, Wayne County (J. Scott Odorisi, J.), entered April 1, 2022. The order, among other things, granted defendants' motions for summary judgment dismissing the complaint. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: April 28, 2023
Ann Dillon Flynn
Clerk of the Court